```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION
```

**KENNETH BARNES,**                                                **PLAINTIFF**

    **v.**                     **Case No. 06-4015**

**MICHAEL J. ASTRUE[1],**
**Commissioner, Social**
**Security Administration**                                        **DEFENDANT**

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, we hereby **REVERSE and REMAND,** pursuant to sentence four of 42 U.S.C. 405(g), the decision of the Commissioner to reevaluate the opinion of Plaintiff's treating physician.

IT IS SO ORDERED AND ADJUDGED this 23rd day of February, 2007.

```
                         /s/ Robert T. Dawson
                         ROBERT T. DAWSON
                         UNITED STATES DISTRICT JUDGE
```

---

[1]Michael J. Astrue became the Social Security Commissioner on January 20, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.